## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

THOMAS HALSEY,

    Plaintiff,

v.                                                        CIVIL ACTION NO.: CV513-096

BRIAN OWENS, Commissioner;
THERESA LINDSEY; TAMMY
G. STANKOWITZ; and
CONTREICA DAWSON,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. In his objections, Plaintiff reasserts that "defendants are not exempt from acknowledging the law in the performance of their job" in calculating credit time to which Plaintiff claims he is entitled. As noted in the Magistrate Judge's Report, this claim must be pursued through habeas corpus proceedings. Further, Plaintiff states that he has only one case in this Court other than this one, which would qualify as a "strike." Plaintiff's belief that he is allowed "three strikes" in each court is incorrect. The Prison Litigation Reform Act pertains to civil actions brought in "a court of the United States."

AO 72A
(Rev. 8/82)

Plaintiff's objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's case is **DISMISSED**, without prejudice. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 31 day of March, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)